**No. 11-29. Donald Malone, Petitioner v. Terry Sherman, Warden.**

565 U.S. 879, 132 S. Ct. 244, 181 L. Ed. 2d 139, 2011 U.S. LEXIS 5616.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 412 Fed. Appx. 803.